IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-0460-WYD-NYW

JODY BLATCHLEY and DELFINA BLATCHLEY

      Plaintiffs,

v.

RICHARD CUNNINGHAM, M.D.;
PETER JANES, M.D.;
MATTHEW CAIN, PA-C;
TIMOTHY SMITH, PA-C;
CAMERON YOUNGBLOOD, PA-C;
ST. ANTHONY SUMMIT MEDICAL CENTER;
VAIL-SUMMIT ORTHOPEDICS, P.C.;

      Defendants.
_____

**ORDER RE: STIPULATED MOTION TO DISMISS <u>WITH PREJUDICE</u>
AS BETWEEN PLAINTIFFS AND DEFENDANTS
MATTHEW CAIN PA-C AND TIMOTHY SMITH, PA-C ONLY**
_____

THIS MATTER having come before the Court on the parties' Stipulated Motion to Dismiss <u>With Prejudice</u> as Between Plaintiffs and Defendants Matthew Cain, PA-C and Timothy Smith, PA-C, ONLY (ECF No. 98), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the parties' Stipulation (ECF No. 98) is **GRANTED** and Plaintiffs' claims against Defendants Matthew Cain, PA-C and Timothy Smith, PA-C are dismissed with prejudice.

Dated:   October 29, 2015.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE