**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00460-WYD-NYW

JODY BLATCHLEY, and
DELFINA BLATCHLEY,

     Plaintiffs,

v.

RICHARD CUNNINGHAM, M.D.,
PETER JANES, M.D.,
TODD WILLIAM PETERS, M.D.,
MATTHEW CAIN, PA-C,
TIMOTHY SMITH, PA-C,
CAMERON YOUNGBLOOD, PA-C,
ST. ANTHONY SUMMIT MEDICAL CENTER, and
VAIL-SUMMIT ORTHOPAEDICS, P.C.,

     Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

     This civil action is before the court on Plaintiffs Jody Blatchley and Delfina Blatchley's Unopposed Motion to Amend the Case Scheduling Order to Schedule the Depositions of Named Parties and Other Deadlines (the "Motion). [#120, filed November 13, 2015]. The matter is before this Magistrate Judge pursuant to the Order of Reference dated March 5, 2015 [#4] and memorandum dated November 13, 2015 [#121].

     IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART:

1. The deadline by which named Parties shall be deposed is extended from November 30, 2015 to **December 21, 2015**;
2. The deadline by which to complete Fact Discovery is extended from January 25, 2016 to **February 24, 2016**;
3. The Expert Disclosure Deadline is extended from February 26, 2016 to **March 27, 2016**;
4. The Rebuttal Expert Disclosure Deadline is extended from March 25, 2016 to **April 24, 2016**;
5. The deadline by which to complete Expert Discovery remains set at **May 27, 2016**; and

6. The deadline by which to file dispositive motions remains set at **June 24, 2016**.

DATED: November 16, 2015