IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00460-WYD-NYW | Date: | March 24, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| Parties | Counsel |
|---|---|
| JODY BLATCHLEY, and<br>DELFINA BLATCHLEY<br><br>    **Plaintiffs,**<br><br>v.<br><br>RICHARD CUNNINGHAM, M.D.,<br>PETER JANES, M.D.,<br>MATTHEW CAIN, PA-C,<br>TIMOTHY SMITH, PA-C,<br>CAMERON YOUNGBLOOD,<br>ST. ANTHONY SUMMIT MEDICAL CENTER,<br>VAIL SUMMIT ORTHOPAEDICS, PC, and<br>GREGORY POULTER, M.D.,<br><br>    **Defendants.** | *Alexander R. Wilschke*<br>*Molly L. Greenblatt Welch*<br><br><br><br><br><br>*Richard L. Murray, Jr.*<br>*Steven Anthony Michalek*<br>*Zachary William Warkentin*<br>*Michael Peter Foley (via telephone)*<br>*Thomas Montgomery Evans*<br>*Eric Duncan Hevenor* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC DISCOVERY CONFERENCE**

Court in session: 3:02 p.m.

Appearances of counsel. Mr. Hevenor is present in the courtroom on behalf of Dr. Poulter but does not enter his appearance on the record.

Discussion and argument held on Defendant St. Anthony Summit Medical Center's Motion for Protective Order Regarding Privileged Documents Identified in Defendant's Amended Privilege Log for Second Supplemental Disclosures Pursuant to F.R.C.P. 26(A)(1) (Filed Under Seal) [Docket No. 157-Sealed] and [Docket No. 158-Public] filed January 28, 2016.

**ORDERED: Defendant St. Anthony Summit Medical Center's Motion for Protective**
         **Order Regarding Privileged Documents Identified in Defendant's Amended**
         **Privilege Log for Second Supplemental Disclosures Pursuant to F.R.C.P.**
         **26(A)(1) (Filed Under Seal) [Docket No. 157-Sealed] and [Docket No. 158-**

---

> **Public Entry] is UNRESTRICTED. The attached documents shall have the following security levels:**
>
> **[Docket No. 157-1] Exhibit A – Plaintiff's Second Set of Discovery Request to Defendant St. Anthony Summit Medical Center is UNRESTRICTED.**
>
> **[Docket No. 157-2] Exhibit B – Answers and Objections of Defendant, St. Anthony Summit Medical Center, to Plaintiffs' Second Set of Discovery Requests to Defendant, St. Anthony Summit Medical Center is UNRESTRICTED.**
>
> **[Docket No. 157-3] Exhibit C – Defendant, St. Anthony Summit Medical Center's Amended Privilege Log for Second Supplement Disclosures Pursuant to F.R.C.P. 26(a)(1) is UNRESTRICTED.**
>
> **[157-4] Exhibit D – Affidavit of Shelly Almroth is UNRESTRICTED.**
>
> **[157-5] Exhibit E – Protective Order Granting Defendant, St. Anthony summit Medical Center's Motion for Protective Order Regarding Privileged Documents Identified in Defendant's Amended Privilege Log for Second Supplemental Disclosures Pursuant to F.R.C.P. 26(A)(1) is UNRESTRICTED.**

Discussion and argument held on Defendant, St. Anthony Summit Medical Center's Motion to Restrict Public Access and File Under Seal [156] filed January 28, 2016.

**ORDERED: Defendant, St. Anthony Summit Medical Center's Motion to Restrict Public Access and File Under Seal [156] is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED to allow submission of documents for *in camera* review. The documents shall be submitted *in camera* on or before April 1, 2016.**

Discussion and argument held on Plaintiffs' Motion to Amend the Civil Scheduling Order to Expand the Discovery Limitations to "Per Party" and to Extend the Fact Discovery Cutoff Date [165] filed February 8, 2016.

**ORDERED: Plaintiffs' Motion to Amend the Civil Scheduling Order to Expand the Discovery Limitations to "Per Party" and to Extend the Fact Discovery Cutoff Date [165] is TAKEN UNDER ADVISEMENT. A separate written order shall issue.**

Court in recess:  4:15 p.m.          Hearing concluded.          Total time in Court:  01:13