IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-00460-WYD-NYW | Date: | April 1, 2016 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| JODY BLATCHLEY, and<br>DELFINA BLATCHLEY<br><br>**Plaintiffs,**<br><br>v.<br><br>RICHARD CUNNINGHAM, M.D.,<br>PETER JANES, M.D.,<br>MATTHEW CAIN, PA-C,<br>TIMOTHY SMITH, PA-C,<br>CAMERON YOUNGBLOOD,<br>ST. ANTHONY SUMMIT MEDICAL CENTER,<br>VAIL SUMMIT ORTHOPAEDICS, PC, and<br>GREGORY POULTER, M.D.,<br><br>**Defendants.** | *Alexander R. Wilschke*<br><br><br><br><br><br><br><br>*Richard L. Murray, Jr.*<br>*Forrest Vincent Plesko*<br>*Steven Anthony Michalek*<br>*Zachary William Warkentin*<br>*Michael Peter Foley*<br>*James M. Miletich* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC DISCOVERY CONFERENCE**

Court in session:  2:08 p.m.

Appearances of counsel.

Discussion and argument held on Dr. Janes's Motion to Quash Plaintiff's Subpoena to COPIC Insurance Company [201] filed March 25, 2016.

**ORDERED: Dr. Janes's Motion to Quash Plaintiffs' Subpoena to COPIC Insurance Company [201] is GRANTED due to Plaintiffs' failure to provide notice to other parties as required by Rule 45 of the Federal Rules of Civil Procedure. Plaintiff may re-serve the subpoena.**

Discussion held regarding Plaintiffs' Motion to Compel Discovery [194] filed March 22, 2016. St. Anthony Summit Medical Center plans to file its brief by April 4, 2016, and Plaintiffs' plan to file their brief by April 8, 2016.

Discussion held regarding deposition schedule for the three nurses no longer employed with St. Anthony Summit Medical Center. Parties anticipate those will occur during the first or second week of May.

Court in recess:  2:20 p.m.          Hearing concluded.          Total time in Court:  00:12

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.